SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
DOUGLAS R. HART, Cal. Bar No. 115673
RONDA D. JAMGOTCHIAN, Cal. Bar No. 200236
ROSS A. BOUGHTON, Cal. Bar No. 241119
333 South Hope Street, 48th Floor
Los Angeles, California 90071-1448
Telephone: 213-620-1780; Facsimile: 213-620-1398
rjamgotchian@sheppardmullin.com

**Attorneys for Defendant**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE GAYFIELD, an Individual; SHAUNTE JOHNSON, an Individual; STEPHANIE PARNELL, an Individual; DOMINICK WELLS, an Individual; CURTIZ WILLIAMS, an Individual; and BENNETT WILSON, an Individual,<br><br>            Plaintiffs,<br>  v.<br><br>SUPER CENTER CONCEPTS, INC., d/b/a SUPERIOR SUPER WAREHOUSE; and DOES 1 through 100, inclusive, | Case No. CV 07-02071-MMM-(SSx)<br><br>[Complaint Filed: December 27, 2006]<br><br>The Honorable Margaret Morrow<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

3  The Court has reviewed and considered the Joint Stipulation for
4  Dismissal with Prejudice (the "Joint Stipulation"), filed by the parties in the above-
5  captioned matter on January 17, 2008.  The Court approves the Joint Stipulation, and
6  hereby DISMISSES THE CASE IN ITS ENTIRETY WITH PREJUDICE.

8  **IT IS SO ORDERED.**

10  Dated: January 18, 2008                         _____
11                                                  HONORABLE MARGARET MORROW
12                                                  UNITED STATES DISTRICT COURT
                                                    CENTRAL DISTRICT OF CALIFORNIA